People v Coffee (2023 NY Slip Op 03175)

People v Coffee

2023 NY Slip Op 03175

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, CURRAN, AND MONTOUR, JJ. (Filed June 9, 2023.) 

MOTION NO. (758/17) KA 14-01239.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
SHAWN J. COFFEE, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.